**Exhibit A to the Complaint**

**Location:** Belmar, NJ  **IP Address:** 69.126.224.70
**Total Works Infringed:** 52  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 911E2802106F9DC562E1D24A09D7B1D1536A473C | Blacked | 10/29/2017 13:39:58 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 2 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 09/02/2017 14:31:45 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 3 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 07/29/2017 16:54:49 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 4 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 07/29/2017 16:29:15 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 5 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 09/02/2017 15:04:08 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 6 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/12/2017 13:02:59 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 7 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 09/02/2017 13:43:49 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 8 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 09/02/2017 15:04:42 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 9 | 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25 | Vixen | 09/02/2017 14:10:22 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 10 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 09/02/2017 13:33:20 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 11 | 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1 | Vixen | 09/02/2017 13:52:16 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 12 | 3004DD6FDD9097700B92FF546BB3F9C6F2D40153 | Vixen | 09/02/2017 13:20:29 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 13 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 05/26/2017 15:21:36 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 14 | 3CC457CC799E21AEADDA7D5E0EA1A77B64A1C98C | Blacked | 08/12/2017 13:42:08 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 15 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 09/02/2017 13:51:02 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 16 | 503609CB112D245C672078EBE671DE7B59146FCC | Blacked | 08/27/2017 13:19:54 | 08/13/2017 | 08/17/2017 | 15732986356 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 07/29/2017 15:53:02 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 18 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 09/02/2017 14:01:16 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 19 | 56BB70E2C34826294614E489DD23500BD0D18C66 | Tushy | 07/29/2017 16:31:13 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 20 | 62DEBABF5C6E7174BC6D60794659DE722532235B | Tushy | 07/29/2017 16:12:01 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 21 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 09/02/2017 14:24:39 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 22 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 09/02/2017 13:46:54 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 23 | 690ACD2F2BB4613B6E31144459109F675DB8F088 | Tushy | 07/29/2017 16:21:30 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 24 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/29/2017 16:09:30 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 25 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/10/2017 14:22:12 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 26 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 08/12/2017 13:06:13 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 27 | 761FDAE7BA88E7455F875AF313DB0BC926429E95 | Tushy | 07/29/2017 16:12:15 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 28 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 07/15/2017 17:45:58 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 29 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/29/2017 15:56:20 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 30 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 09/02/2017 13:55:02 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 31 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 09/02/2017 13:59:02 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 32 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 07/29/2017 16:59:26 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 33 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 07/10/2017 14:29:46 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 34 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/02/2017 14:53:26 | 08/27/2017 | 09/07/2017 | PA0002052843 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A0F6BF8070A998876C36DED0B2A2F4012225842A | Vixen | 09/02/2017 13:45:15 | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 36 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 06/19/2017 15:16:50 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 37 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/23/2017 15:14:28 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 38 | ADC64C92996FC4281CE0DF54F712C1DA791775A9 | Blacked | 09/02/2017 14:22:09 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 39 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 07/29/2017 15:53:42 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 40 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 09/02/2017 14:10:00 | 05/04/2017 | 06/15/2017 | 15396282091 |
| 41 | BE1C986C39E269B6A3CE6F2E34AC0990906C8922 | Tushy | 07/29/2017 16:25:15 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 42 | C2E04255710FAF8378E0EBEDA314D8264450AC68 | Vixen | 09/02/2017 14:15:23 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 43 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 09/02/2017 14:55:25 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 44 | CB52F9845A15DCB4D40F0CDD424990FB14DEC188 | Blacked | 07/15/2017 17:48:47 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 45 | D62650B301D2A81356613A6E0325CE34B399EDCF | Blacked | 07/10/2017 14:31:26 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 46 | D9A9D5AE776DD9937796A8AE0509496FAF90C5B2 | Tushy | 07/29/2017 15:52:26 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 47 | EDAA460FA5995B02EF111997AAC1E210CA5669F6 | Tushy | 07/29/2017 15:53:39 | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 48 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | Tushy | 07/29/2017 16:04:40 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 49 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 08/27/2017 13:15:03 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 50 | F7A1C47732223661EE6488DD9ED980E6705D7179 | Tushy | 07/29/2017 16:31:28 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 51 | FA13881E3ECD17E41847D3782270C2B981E0754A | Tushy | 07/29/2017 16:13:33 | 04/21/2017 | 06/15/2017 | PA0002037584 |
| 52 | FC20A4C3CF2AD75B0D5683C73C6D5EE891B4495E | Blacked | 07/15/2017 17:53:32 | 07/09/2017 | 08/17/2017 | 15732782151 |